## MILES v. CUTHBERT et al.

(Supreme Court, Special Term, Westchester County. November 9, 1909.)

1. PARENT AND CHILD (§ 7*)—ACTION FOR LOSS OF AFFECTION OF CHILD.
   No action lies by a parent for the loss of the love and affection of a child.
   [Ed. Note.—For other cases, see Parent and Child, Cent. Dig. §§ 86–99; Dec. Dig. § 7.*]

2. PARENT AND CHILD (§ 7*)—ACTION FOR LOSS OF SERVICES OF CHILD.
   An action lies by a parent for the loss of services of a child.
   [Ed. Note.—For other cases, see Parent and Child, Cent. Dig. §§ 86–99; Dec. Dig. § 7.*]

Action by John Miles against Thomas N. Cuthbert and another. Complaint dismissed as to defendant named, subject to the right to amend.

Digney & Horton, for plaintiff.
R. E. & A. J. Prime, for defendant Cuthbert.

TOMPKINS, J. In my opinion, the complaint does not state a cause of action against the defendant Cuthbert, for the reason that no action will lie by a parent to recover the loss of the love and affection of a child. An action for loss of services may be maintained, but there is no authority for such an action as this. The defendant is entitled to judgment upon the pleadings dismissing the complaint.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

The plaintiff asks for permission to serve an amended complaint alleging loss of service, and I am inclined to grant such leave upon payment of costs, if the court has power so to do, and upon that question I will hear counsel on settlement of the order to be made hereon.